**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02622-BNB

CLIFFORD N. WOODS,

    Plaintiff,

v.

EL PASO COUNTY,
JUDGE DAVID S. PRINCE,
JUDGE ROBERT L. LOWREY,
DISTRICT ATT. VELLAR,
DISTRICT ATT. BAUER, and
ATT. GALERA,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On December 4, 2009, Plaintiff filed a Motion to Appoint Counsel (Doc. No. 6) and a Motion for Injunction Relief (Doc. No. 5).  The Motion to Appoint Counsel is DENIED as premature.  The Motion for Injunction Relief is construed as a Motion to Amend and is DENIED as unnecessary.  If Plaintiff seeks to amend he may do so without leave of Court pursuant to Fed. R. Civ. P. 15(a).

    The Court also notes that Plaintiff has been transferred to the Four Mile Correctional Center.  In the future, Plaintiff is directed to provide a notice of change of address, within ten days after any change of address pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado.

Dated:  December 7, 2009