**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02622-ZLW

CLIFFORD N. WOODS,

      Plaintiff,

v.

EL PASO COUNTY DISTRICT COURT,
JUDGE DAVID S. PRINCE,
JUDGE ROBERT L. LOWREY,
HEIDI BAUER, District Attorney,
VELLAR, District Attorney,
GALERA, Attorney,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Plaintiff filed a "Motion Alleging an Unconstitutional Law" (Doc. No. 13) with the Court on January 21, 2010.  The Court construes this motion as an attempt to seek leave to amend.  Plaintiff's motion (Doc. No. 13) is DENIED as inappropriate.  This case was dismissed on January 7, 2010 (Doc. No. 11).

Dated:  January 22, 2010

---